# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAIN FOREST HYDROCEUTICALS, INC. , <u>et al.</u>,

    Plaintiffs,

v.

HYDRO SCIENCE AND TECHNOLOGY, LLC, <u>et al.</u>,

    Defendants.

Case No. 2:08-CV-00505-KJD-LRL

**ORDER**

    Currently before the Court is Defendants Marcos Gonzalez, Hydro Science and Technology, LLC, MSJJt, LLC, Finnie Mathew, Monsoon Global Asia, Ltd., Omega 3, LLC's ("referred to collectively as "Defendants") Motion for Attorney Fees (#22).  Plaintiffs did not file any points and authorities in opposition.  Specifically, Defendants seek that the Court award them attorney's fees in the amount of $4,004.50 pursuant to Fed. R. Civ. P. 54(d) for legal services rendered during its litigation of the instant case.

    The Court finds that Defendants have provided the appropriate supporting affidavits, time records, and information to support their Motion.  Moreover Plaintiffs have failed to file points and authorities in opposition to the Motion, as allowed pursuant to Local Rule 7-2(d).  Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any

motion shall constitute a consent to the granting of the motion." Here, Plaintiffs failure to file an opposition constitutes a consent to the granting of Plaintiff's Motion.

This case was dismissed by the Court on May 5, 2010, for want of prosecution under Local Rule 40-1, as Plaintiffs had failed to take any action in the case since the filing of their Complaint on April 22, 2008, and because Plaintiff had failed to respond to the Court's Orders (##14, 15) to file a joint status report.   Moreover, the Status Report filed March 22, 2010, by Defendants averred that in spite of the Court's Order (#13) granting Defendant's Motion to Compel Arbitration, "arbitration had not been scheduled", "due to Plaintiffs' lack of contact or response". (#20 at 1.)

Accordingly, good cause appearing, **IT IS HEREBY ORDERED** that Defendants Marcos Gonzalez, Hydro Science and Technology, LLC, MSJJt, LLC, Finnie Mathew, Monsoon Global Asia, Ltd., Omega 3, LLC's Motion for Attorney Fees (#22) is **GRANTED**.

DATED this 6th day of October, 2010

_____
Kent J. Dawson
United States District Judge

2